UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.G., individually and as next friend for her child S.G.,<br><br>                             Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; and CHANCELLOR DAVID BANKS, in his official capacity,<br><br>                            Defendants. | 22-CV-02776 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated October 4, 2022, filed in response to the Court's September 20, 2022 Reassignment Order. ECF No. 23. The Court confirms that the previously scheduled October 18, 2022 conference and all associated deadlines are adjourned. *See* ECF No. 22.

      IT IS HEREBY ORDERED that by **November 18, 2022**, the parties shall file a joint letter, not to exceed three pages, regarding the status of the case.

      If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program, they may contact the Court for a referral.

Dated: October 5, 2022
       New York, New York

                                                  SO ORDERED.

                                                  _____
                                                  JENNIFER L. ROCHON
                                                  United States District Judge